# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————

### No. 201800011

———————————

### UNITED STATES OF AMERICA
Appellee

v.

### JONATHAN R. LINDSEY
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Peter S. Rubin, USMC.
Convening Authority: Commanding General, 2D Marine Aircraft Wing, II Marine
Expeditionary Force, Cherry Point, NC.
Staff Judge Advocate's Recommendation: Major Robert A. Gibson, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 15 May 2018

———————————

Before MARKS, PRICE, and ELLINGTON, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

The supplemental court-martial order will reflect that, to Specification 5 of Additional Charge II, Staff Sergeant Lindsey was found guilty, excepting "August 2012" and substituting "January 2015." To the excepted language, not guilty. To the substituted language, guilty. To the specification as excepted and substituted, guilty.

For the Court



R.H. TROIDL
Clerk of Court